### Exhibit A to the Complaint

**Location:** Hilliard, OH  **IP Address:** 71.79.243.195

**Total Works Infringed:** 37  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 81F168AE4D617B492ABE43FD31EB38D8A5B5BCA5<br>File Hash:<br>B51FACD2FC56DAE63E9AC46634D88BB4CEE03E6887A99467095C8C6435C3F91C | 08-18-2023 03:16:47 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 2 | Info Hash: 143ED56E751B662F727B52D79C441FBCC16BB177<br>File Hash:<br>6E468AF507E2B8CA74CF0E8AB4CC91C10A7F4D5FFA43B66EE393ED88FB48F9FD | 08-18-2023 03:16:35 | Blacked | 12-20-2018 | 02-02-2019 | PA0002154970 |
| 3 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash:<br>EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 08-18-2023 03:16:30 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 4 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash:<br>FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 08-17-2023 21:35:21 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 5 | Info Hash: 46857304ACE7F50BB0FA81A89D992DFD7234A063<br>File Hash:<br>E273352946EAC52115D1645E86441B060FD6CA129C923630923C5BFC08ABCBF2 | 05-20-2023 11:49:05 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 6 | Info Hash: 506AA130150EC159EA9A429DFCE609C9E699DF92<br>File Hash:<br>442E9A99B17BE2C7BE79966D7053CD0A5CDF06D8AFF329AB8FEB251C229C66A2 | 05-20-2023 10:32:53 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 7 | Info Hash: 73FC532AC1B985A0D6A8AC0E61DBA029B4974E9B<br>File Hash:<br>E0FA800916BEE3A6270F1FB1D2A7B484B0450B1E815135A452D0CA7044B33664 | 05-17-2023 02:34:54 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 8 | Info Hash: D440379C6C7E543015741EEFBB8F44BF694EE1D4<br>File Hash:<br>01517CCEABABC607027F610CFE2E7D9F1EC4F6171F1FA0588A9FD6BACA8B3956 | 05-16-2023 02:19:30 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 9 | Info Hash: FE46517AF77D36BF1EAB4D1293DCA4A3C2E3CB75<br>File Hash:<br>E5A081848FDAB194B6A7822E2AD57DF663C019BBFC31BF6249DFF673DF724A70 | 05-04-2023 14:34:46 | Tushy | 04-30-2023 | 05-14-2023 | PA0002411311 |
| 10 | Info Hash: 73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B<br>File Hash:<br>3A43357A29B98E7B2324EEF0D6C3A5757CB6607382EEDD5ABFAB1839DE1F84DA | 04-30-2023 18:01:23 | Vixen | 09-11-2019 | 09-25-2019 | PA0002203160 |
| 11 | Info Hash: C6B85578F10E9FA595EDCD45402FBBEC745B6DD8<br>File Hash:<br>3C5C822A7847420497A7A7CA77E1830E674F223B1F564EF87684FE7408DDF33F | 04-20-2023 12:03:54 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 2911656534052526E124BDE86680FBC3B902BEF3<br>File Hash: 6BAB2CA316867F6DB59838D1747B94D352D1149884867393B6C8E724C799DF0D | 04-17-2023 17:45:09 | Tushy | 04-16-2023 | 05-14-2023 | PA0002411274 |
| 13 | Info Hash: CFF1AB871E6A359BE3E60A2CC933947745B69450<br>File Hash: DB64F1B77AFEB04F804ED448019E8D62B9291F8ED86539C372EB4342466E2978 | 04-12-2023 21:11:04 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 14 | Info Hash: E6407E0ABEA09EB702CB16B07FE45432F50F7CAF<br>File Hash: 093B1FBCE39A73834E53CA771C4F58B0B28B8C0F1A80001E6D37492B1E8F2ABC | 04-12-2023 16:31:11 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 15 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash: CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 04-12-2023 16:31:05 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 16 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash: 902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 04-12-2023 16:30:53 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 17 | Info Hash: 7E55EEE7E3D566F74E389AA6262B0B6F4A551118<br>File Hash: A7F4E0943508A2694A0FE2D61024363964202DBCFFCE54C8D227D584B68FF306 | 03-31-2023 16:24:32 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 18 | Info Hash: 2EA0290F13E4A4197E055E913DFCD0B58D85DF2B<br>File Hash: EC41322CC151A4D99BAF9E2F119D58FD2C87A83823E3659EA8958A55159B0325 | 03-27-2023 13:14:43 | Tushy | 10-13-2018 | 11-01-2018 | PA0002143435 |
| 19 | Info Hash: 75A353D79EC4B06347D0AD1935D3F3D242B8A70C<br>File Hash: 6F67DB138AEA067313D743B5DE624E3218F0C0A3BA98F12C6FA44D04FF31F9BA | 03-27-2023 13:14:13 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 20 | Info Hash: 27E4DD8D42171C0AAB831058840F10E83EDC7AFD<br>File Hash: 8884B792ACF326192D6E2488299982EC9AF0E58EC725E9871EAA7643B5D1733D | 03-07-2023 18:20:28 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 21 | Info Hash: 15A55EBB3FD06FE9F9067812A0D0168440813B70<br>File Hash: 4AAF11148C0E2CDFA98BABEEC2740D453CACED2CE62079EAE8D18A0C5E2E4BD7 | 03-07-2023 03:57:43 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 22 | Info Hash: 74E11E3524B76B6E37D22F1200AFE49C2CB3CDFE<br>File Hash: 7585140E235E96F4BD705D67A00B86454206B422718DDDB2D673F9CEC873639B | 03-06-2023 17:26:19 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 23 | Info Hash: 88CC37185550B7F47C66918862B844C8056F3C00<br>File Hash: C7DF534FBC22D1F8A3CBE7302B12921ADACF4D8678BB7F6F31860378AD44BB4A | 03-06-2023 02:13:33 | Tushy | 07-05-2018 | 08-07-2018 | PA0002132399 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: BA5179C17A6E0ED8E5DEF1AAE751F3E371D5E253<br>File Hash: C0A6ABD7BADF27DA6ED556263C1B8A58967E5A4473E7B4C7CB722C68FD862D28 | 03-06-2023 02:10:36 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 25 | Info Hash: D26115D8966BF3A672651C119BBE178A9C1A7D82<br>File Hash: 25C81ED2117705BBCD032B714CA70D15C270191599F2F8BE1BA384D392FC7CCF | 03-06-2023 01:39:23 | Tushy | 07-15-2018 | 08-07-2018 | PA0002132406 |
| 26 | Info Hash: F4AA138039846AD2D2205FAA3036CD827E520187<br>File Hash: AFDAACE2024614C93795201F8B4D398299EE012E284D827F483FAA25007B31CD | 03-06-2023 01:01:56 | Tushy | 10-18-2017 | 11-30-2017 | PA0002098004 |
| 27 | Info Hash: 9166337185E648B47AAEFA857CDFC5288A1BA5FA<br>File Hash: F30AD5E122CC7A08179414E20BF3E69012CDEC3105935416D6C8193BCFF2FDD1 | 03-04-2023 12:28:17 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 28 | Info Hash: 8CED7F942421FBD5CF874727662D5A42032BB1CA<br>File Hash: C52E5DC17D6EBABEACCBF18F6B01CC240BA848A7831AA1395715BBA280FFD3D3 | 02-21-2023 03:54:16 | Slayed | 11-08-2022 | 11-24-2022 | PA0002389330 |
| 29 | Info Hash: 1B26C4A7D2A8A3C59A83B9055B6F01B5ECE54D1A<br>File Hash: E9869EC76C595EE32823344C398096C7368F7E7F4741FBC0522C69F3C6DCFBAE | 02-21-2023 00:41:43 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 30 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash: 373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 02-15-2023 23:21:01 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 31 | Info Hash: 1562051A82BF38DF5A876319EF81058CD3571E80<br>File Hash: 7F81D2862539565DE2A4F9D42A984B8C12535B5D852B40DC8BF95AEC24B6DA92 | 01-02-2023 11:07:04 | Tushy | 04-11-2018 | 05-23-2018 | PA0002101305 |
| 32 | Info Hash: 383A4EA90E9A7D6495CC77BEBD1EB12915494309<br>File Hash: E2A478830E64E95BA33CA74BC6762410DB6B910B61013CD04C8C84D95356931E | 01-02-2023 05:45:44 | Tushy | 12-07-2019 | 12-17-2019 | PA0002217666 |
| 33 | Info Hash: EF30CEA47B180A82FCDB40E4429B9280786CBDCE<br>File Hash: 426620AFCFC38A261CA1DFE8A663B2FF4281F8ADD5FD327B441604CBFA634D7D | 01-01-2023 23:05:51 | Tushy | 06-10-2018 | 07-14-2018 | PA0002128387 |
| 34 | Info Hash: 73E574E4F56CCBD035DDBA1FCF86A994B22BDB6F<br>File Hash: 73D05FBDE255FC82E52AEAD342BFCEE21D15312C70D5BFAE282DE0E3B1309945 | 01-01-2023 22:43:06 | Tushy | 03-17-2019 | 04-08-2019 | PA0002164888 |
| 35 | Info Hash: 5BDB88CC053754321CAEA4B05A39407BC845578E<br>File Hash: DE1F8EC3EC978719ABB0F943520568E814376782984321B4923CC1CBA7C94749 | 01-01-2023 22:35:02 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash:<br>86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D99816128528085 | 01-01-2023<br>22:34:53 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 37 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash:<br>610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 01-01-2023<br>22:14:54 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |